# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

KIMBERLY ANN GORRELL,

        Plaintiff,

   v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

        Defendant.

Case No. C17-6033 JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

It is ORDERED that the Defendant's Unopposed Motion for Extension of Time (Dkt. 7) is granted. Defendant shall file a response to Plaintiff's Complaint on or before April 20, 2018.

DATED this 20th day of February, 2018.

                       William M. McCool
                       Clerk of Court

                       s/Tomas Hernandez
                       Deputy Clerk

MINUTE ORDER - 1